Place of hearing: **FRESNO, CALIFORNIA** Docket number: **09-CR-0259**

Date: **AUGUST 28, 2009** Prisoner register No.: DOJ#: 236539-03-18-178-F

## VERIFICATION OF CONSENT TO TRANSFER TO GERMANY
## FOR EXECUTION OF PENAL SENTENCE OF THE UNITED STATES OF AMERICA

I, UNDEN, EDELTRUDE, having been duly sworn by a verifying officer appointed under the laws of the United States of America, certify that I understand and agree, in consenting to transfer to GERMANY for the execution of the penal sentence imposed on me by a court of the United States, or a state thereof, that:

1. My conviction or sentence can only be modified or set aside through appropriate proceedings brought by me or on my behalf in the United States of America;

2. My sentence will be carried out according to the laws of GERMANY;

3. If a court of the GERMANY should determine upon a proceeding brought by me or on my behalf that my transfer was not accomplished in accordance with the treaty or laws of GERMANY, I may be returned to the United States of America for the purpose of completing my sentence if the United States of America requests my return; and,

4. Once my consent to transfer is verified by the verifying officer, I may not revoke that consent.

I have been advised of my right to consult with counsel, and have been afforded the opportunity for such consultation prior to giving my consent to transfer. I have been advised that if I am financially unable to obtain counsel, one would be appointed for me under the laws of the United States of America free of charge. My consent to transfer is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements. I hereby consent to my transfer to GERMANY for the execution of the penal sentence imposed on me by a court of the United States of America, or a state thereof.

*Edeltrude Unden*
Signature of transferring prisoner

Subscribed before me this **28th** day of **August**, 20**09**. Based on the proceedings conducted before me, I find that the above consent was knowingly and understandingly given and is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.



Verifying Officer
**SANDRA M. SNYDER,**
**U.S. Magistrate Judge**
Print name and office

FILED AUG 28 2009 CLERK, U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA

OEO/IPTU 20-FN English
Revised 4/02