FILED

AUG 28 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE TRANSFER OF OFFENDERS Pursuant to 18 U.S.C. § 4100, et seq., | 1:09-cr-00259-SMS-1 |
| UNITED STATES OF AMERICA, | **ORDER** |
| Plaintiff, | |
| vs. | |
| EDELTRUDE UNDEN, | |
| Defendant. | |

Pursuant to 28 U.S.C. § 636(g), the Honorable Sandra M. Snyder, a United States Magistrate Judge for the Eastern District of California, Fresno Division, is assigned to perform the verification proceedings as required by 18 U.S.C. § 4108 commencing on or about August 28, 2009, in Fresno, California, relating to the proposed transfer of offender from the United States of America to Germany, and is also authorized to assign counsel for said offender as provided in 18 U.S.C. § 4109.

IT IS SO ORDERED.

Entered this __28th__ day of August, 2009, at Fresno, CA.

Anthony W. Ishii,
Chief United States District Judge